IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 17–20–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM MATTHEW REAVES, | |
| Defendant. | |

Before the Court is Defendant William Matthew Reaves' ("Reaves") Unopposed Motion to Modify Condition of Probation Pursuant to Rule 32.1(c). (Doc. 33.) Reaves contends that the location monitoring device that the United States Probation office uses presents a safety risk to his employment. The Government does not oppose the motion.

The Court finds good cause to grant the motion and strikes Special Condition 1 as a condition of Reaves' probation. The remaining Special Conditions 2 through 7 remain in full force and effect.

Accordingly, IT IS ORDERED that Reaves' Motion to Modify Condition of Probation (Doc. 33) is GRANTED. Reaves is no longer subject to location monitoring technology pursuant to Special Condition 1.

Dated this 9th day of May, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court